UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Esteban Aquino-Hernandez

Case No.: 17-22943
Chapter: 7
Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building |
| --- | --- |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __August 22, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 132-134 Grove Street |
| --- | --- |
| | Passaic, NJ 07055 |
| | Value: $311,724.00 |

| Liens on property: | Chase Mortgage |
| --- | --- |
| | $56,429.00 |
| | Select Portfolio Servicing |
| | $529,462.00 |

| Amount of equity claimed as exempt: | $0.00 |
| --- | --- |

Objections must be served on, and requests for additional information directed to:

Name:     Nancy Isaacson
Address:  75 Livingston Avenue, Suite 301, Roseland, NJ  07068-3701
Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Esteban Aquino-Hernandez  
    Debtor

Case No. 17-22943-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 25, 2017  
                Form ID: pdf905    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2017.
```
db           +Esteban Aquino-Hernandez,    48 17th Avenue,    Apartment 3,    Paterson, NJ 07501-2420
516901249     Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
516901250     Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
516901251    +Credit Acceptance Corp.,    25505 W. 12 Mile Road,    Southfield, MI 48034-8316
516901253     First Data Merchant Services,    4000 Coral Ridge Drive,    Coral Springs, FL 33065-7614
516901254    +Select Portfolio Servicing,    10401 Deerwood Park Boulevard,    Jacksonville, FL 32256-5007
516901256     Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
516901255     Select Portfolio Servicing,    Att: Bankruptcy Department,    PO Box 65250,
               Salt Lake City, UT 84165-0250
516901257     The Loan Servicing Center,    PO Box 551170,    Jacksonville, FL 32255-1170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2017 22:35:02     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2017 22:34:58      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516901252     E-mail/Text: mrdiscen@discover.com Jul 25 2017 22:34:21     Discover Financial Services,
               PO Box 15316,   Wilmington, DE 19850-5316
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Citibank, N.A., as Trustee, in trust for registered
               Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE2 Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Franklin S. Montero    on behalf of Debtor Esteban  Aquino-Hernandez montero@fmonterolaw.com,
               outsourcedparalegal@gmail.com,diaz.L@FMonterolaw.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```